United States Bankruptcy Court

Northern District of Illinois

In re:  Danielle Givens

Debtor(s)

Case No.

Chapter  7

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  08/20/2018

/s/ Danielle Givens
Signature of Debtor

_____
Signature of Joint Debtor

Debtor 1  **Danielle Givens**
_First Name_  _Middle Name_  _Last Name_

Case number _(if known)_ _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

8. **Unemployment compensation**  $0.00   $0.00

   Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ↓

   For you ........................ $_____
   For your spouse ............ $_____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.   $0.00   $0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

    _____   $0.00   $0.00
    _____   $0.00   $0.00

    Total amounts from separate pages, if any.   + $0.00   + $0.00

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

    $441.32  +  $0.00  =  $441.32
    
    Total current monthly income

**Part 2:  Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

    12a. Copy your total current monthly income from line 11. .................... Copy line 11 here → $441.32

    Multiply by 12 (the number of months in a year).                               x 12

    12b. The result is your annual income for this part of the form.             12b. $5,295.84

13. **Calculate the median family income that applies to you.** Follow these steps:

    Fill in the state in which you live.    IL

    Fill in the number of people in your household.    2

    Fill in the median family income for your state and size of household. ........ 13. $68,687.00

    To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

    14a. ☑ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, _There is no presumption of abuse._ Go to Part 3.

    14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, _The presumption of abuse is determined by Form 122A–2._ Go to Part 3 and fill out Form 122A–2.

**Part 3:  Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X /s/ Danielle Givens
Signature of Debtor 1

X _____
Signature of Debtor 2

Date 08/20/2018
MM / DD / YYYY

Date _____
MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

Official Form 122A-1     Chapter 7 Statement of Your Current Monthly Income

Debtor __Danielle Givens_____    Case number *(If known)*_____

## Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: _____ <br> Description of leased property: _____ | ☐ No <br> ☐ Yes |
| Lessor's name: _____ <br> Description of leased property: _____ | ☐ No <br> ☐ Yes |
| Lessor's name: _____ <br> Description of leased property: _____ | ☐ No <br> ☐ Yes |
| Lessor's name: _____ <br> Description of leased property: _____ | ☐ No <br> ☐ Yes |
| Lessor's name: _____ <br> Description of leased property: _____ | ☐ No <br> ☐ Yes |
| Lessor's name: _____ <br> Description of leased property: _____ | ☐ No <br> ☐ Yes |
| Lessor's name: _____ <br> Description of leased property: _____ | ☐ No <br> ☐ Yes |

## Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X /s/ Danielle Givens_____    X _____
Signature of Debtor 1                       Signature of Debtor 2

Date  08/20/2018_____                     Date _____
      MM / DD / YYYY                             MM / DD / YYYY

Official Form 108          Statement of Intention for Individuals Filing Under Chapter 7          page 2

Debtor 1 __Danielle Givens__
　　　　　First Name　Middle Name　Last Name

Case number (if known) _____

| Business Name | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| Number　Street | | EIN: __ __ - __ __ __ __ __ __ __ |
| | | Dates business existed |
| City　　State　ZIP Code | Name of accountant or bookkeeper | From _____ To _____ |

**28.** Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐ No
☐ Yes. Fill in the details below.

| Name | Date issued |
|---|---|
| | MM / DD / YYYY |
| Number　Street | |
| City　State　ZIP Code | |

### Part 12:　Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ /s/ Danielle Givens
Signature of Debtor 1

✗ _____
Signature of Debtor 2

Date 08/20/2018

Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Official Form 107　　Statement of Financial Affairs for Individuals Filing for Bankruptcy　　page 12

**Fill in this information to identify your case:**

Debtor 1 __Danielle_____ _____ __Givens_____
         First Name        Middle Name       Last Name

Debtor 2 _____ _____ _____
(Spouse, if filing) First Name  Middle Name   Last Name

United States Bankruptcy Court for the Northern District of Illinois

Case number _____
(If known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules                                    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ /s/ Danielle Givens                          ✗ _____
Signature of Debtor 1                            Signature of Debtor 2

Date 08/20/2018                                 Date _____
     MM / DD / YYYY                                  MM / DD / YYYY

Official Form 106Dec          Declaration About an Individual Debtor's Schedules

Fill in this information to identify your case:

Debtor 1  __Danielle Givens_____
          First Name        Middle Name         Last Name

Debtor 2  _____
(Spouse, if filing) First Name   Middle Name       Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number _____
(If known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No
☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _/s/ Danielle Givens_____      X _____
Signature of Debtor 1                        Signature of Debtor 2

Date ____/____/_____                      Date ____/____/_____
     MM / DD / YYYY                               MM / DD / YYYY

Official Form 106Dec                Declaration About an Individual Debtor's Schedules

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Northern District of Illinois

Case number (If known): _____

---

Official Form 121

# Statement About Your Social Security Numbers

12/15

Use this form to tell the court about any Social Security or federal Individual Taxpayer Identification numbers you have used. Do not file this form as part of the public case file. This form must be submitted separately and must not be included in the court's public electronic records. Please consult local court procedures for submission requirements.

To protect your privacy, the court will not make this form available to the public. You should not include a full Social Security Number or Individual Taxpayer Number on any other document filed with the court. The court will make only the last four digits of your numbers known to the public. However, the full numbers will be available to your creditors, the U.S. Trustee or bankruptcy administrator, and the trustee assigned to your case.

Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Part 1: Tell the Court About Yourself and Your spouse if Your Spouse is Filing With You

**For Debtor 1:**

1. Your name

   First name: Danielle
   Middle name: _____
   Last name: Givens

**For Debtor 2 (Only If Spouse Is Filing):**

   First name: _____
   Middle name: _____
   Last name: _____

## Part 2: Tell the Court About all of Your Social Security or Federal Individual Taxpayer Identification Numbers

2. All Social Security Numbers you have used

   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

   ☐ You do not have a Social Security number.   ☐ You do not have a Social Security number.

3. All federal Individual Taxpayer Identification Numbers (ITIN) you have used

   ☒ You do not have an ITIN.   ☐ You do not have an ITIN.

## Part 3: Sign Below

Under penalty of perjury, I declare that the information I have provided in this form is true and correct.

✗ /s/ Danielle Givens
Signature of Debtor 1

Date 08/20/2018
MM / DD / YYYY

✗ _____
Signature of Debtor 2

Date _____
MM / DD / YYYY

Official Form 121    Statement About Your Social Security Numbers